CORNELIA W. BUTLER, as Trustee for CORNELIA B. LYON et al., Respondent, *v.* SUPREME COUNCIL AMERICAN LEGION OF HONOR, Appellant.

*Butler* v. *Supreme Council Am. L. of H.*, 105 App. Div. 164, affirmed.
(Argued June 13, 1906; decided October 2, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 10, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term in an action to

recover upon a certificate of membership in a fraternal benefit society.

*Henry A. Powell* for appellant.

*Maurice E. Page* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: CHASE, J.